No. 69256.—Mahana Importing Co. *v.* United States, protest 63/18481 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiff was sustained.

No. 69257.—Parksmith Corporation *v.* United States, protest 64/10216 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of telescopes, not chiefly used for the amusement of children and valued not over $2 each, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 21, 1965

No. 69258.—Heeksuede, Inc. *v.* United States, protest 60/25334 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 69259.—John J. Coates Co. *v.* United States, protest 64/20165 (New York).

Opinon by RAO, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.